UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jorge Rodriguez JR

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

Kings county clerk's office

17-1945

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

RECEIVED
FEB 24 2017
PRO SE OFFICE

COMPLAINT

Jury Trial:  ☐ Yes   ☑ No
(check one)

VITALIANO, J.

BLOOM, M.J.

I.    Parties in this complaint:

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff        Name Jorge Rodriguez JR
                 Street Address 205 Jamaica Ave
                 County, City Brooklyn
                 State & Zip Code N.Y 11207
                 Telephone Number 929-331-3821

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name Kings county clerk's office
                   Street Address 360 ADams St

Rev. 05/2010

County, City _Brooklyn_

State & Zip Code _N.Y. 11201_

Telephone Number _718-643-8012_

**Defendant No. 2**

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 3**

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 4**

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions        ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? ~~the best police~~ Tort, Civil right violated IX, IV, VII, VIII, VI, I, II, 503 and 504 equal treatment, Equal access, Boy Scout of america Hispanic, Creed

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.    Statement of Claim:

State as briefly as possible the __facts__ of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? 360 ADams St Brooklyn. NY 11201

B.    What date and approximate time did the events giving rise to your claim(s) occur? about 2:57pm Dec, 12, 2016

C.    Facts: My claim is unlawful practice, I was in the Kings county clerk's office and I was told to contact the department of states in order to get a LLC or Corp, or LLP or any other type of certificate. They claim to only provide the sole proprietor and not the partnership. So this is unlawful for the to do. to not provide the services that are offered in 360 adams St clerks office. I've made a complaint and left it there. Attach is a copy.

> What happened to you?

> Who did what?

> Was anyone else involved?

> Who else saw what happened?

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Rev. 05 2010

V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _120,000,000 . monetary, punitive_
_damage, injunction, restitution_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ~~20~~ 24 day of ~~Dec~~ 2 , 20~~10~~ 17

Signature of Plaintiff    X R. Rdrz

Mailing Address    _205 Jamaica Ave_
_Brooklyn_
_N.Y. 11207_

Telephone Number    _929-331-3821_

Fax Number (if you have one) _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number    _____

Rev. 05/2010

Nancey Sunshine                    Dec/12/16

I Jorge Rodriguez was in 360 adam st and I was discrimate against. I was told by the person at widow 2 to go out the building to 26 Court St for a notray when I could have had it done here. also I was told by the person at widow 12. that I can not have a LLC c corp s corp done in 360 adams st County clerk's office, Administration office and that I can not change the or amendment the business certificate Civil rights violated IX, IV, VII, VI, VII, 503 and 504 equal treatment, equal access, I also tryed or ask to write a formal complaint but was told to write on a pace of papper. I was told to go to another location to get the LLC.

RECEIVED
KINGS COUNTY CLERK
2016 DEC 12 PM 2:57

# Business Certificate for Partners

The undersigned certify that they are conducting or transacting business as members of a partnership under the name or designation of

at                                                          County of                          State of New York

and do further certify that the full names of all the persons conducting or transacting such partnership including the full names of all the partners with the residence address of each such person, and the age of any who may be infants, are as follows:

NAME Specify which are infants and state ages.                      RESIDENCE

................................................................    ................................................................

................................................................    ................................................................

................................................................    ................................................................

................................................................    ................................................................

WE FURTHER CERTIFY that we are the successor in interest to

the person or persons heretofore using such name or names to carry on or conduct or transact business.

Type of business                                          (see next page)

IN WITNESS WHEREOF, we have signed this certificate on                          20

................................................................    ................................................................

................................................................    ................................................................

STATE OF NEW YORK, COUNTY OF                          ss.:    ................................................................

On                          before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(signature and office of person taking acknowledgment)

Notary Stamp

 Blumbergs Law Products ®    X 74—Certificate of Conducting Business
as Partners, Ind., Corp., 4-10

2010 by BlumbergExcelsior, Inc., Publisher, NYC 10013                www.blumberg.com

Purchase  ->    Click Here

**NYC BUSINESS SOLUTIONS ←**

## NYC Business Solutions-Brooklyn Center's Frequently Asked Questions

**Where can I register my business?**

*122c*

1) To register as a Sole Proprietorship or General Partnership
   - **County Clerk's Office:** 360 Adams St, Brooklyn (Supreme Court Building) Room# 189 basement
   - **Phone Number:** (347) 404-9756
   - **Forms needed:** (3 copies)
       i. Sole Proprietor - Blumberg form is- X201
       ii. Partnership - Blumberg form is -X74
       iii. Amendment to a business certificate -T224
   - **Where to obtain:** They can be downloaded from www.blumberg.com/forms or purchased at stationary stores such as Court Street Office Supplies, 44 Court Street, Brooklyn, NY (average price per form is $8)
   - **Fee:** $120

   **Note:** Customer makes the mistake of calling this a license. It is not. It is a certificate to do business or its traditional name is "Doing Business As"/ "DBA" or assumed name certificate

2) To register as s a Corporation (S-Corp, C-Corp, LLC, LLP):

| Limited Liability Corporation/ Partnership | S-Corp or C-Corp |
|---|---|
| $200 registration fee + publication fee + $50 certificate of publication | $125 registration fee + Corporation kit available at stationary stores such as Staples or CompUSA |
| **23** **New York State Department of State, Division of Corporations:** 99, Washington Ave. Albany, NY 12231 | |
| **Corporations Information:** (518) 473-2492    **State Records:** (518) 474-4770 | |
| **Website:** www.dos.ny.gov/corps | |

**Does my business need a Tax ID Number (Federal Employer Identification Number/ EIN)?**
Yes. All corporations must file federal tax ID. Sole proprietors do not need an EIN except, if they have employees. The EIN is used to identify a business when purchasing wholesale products or for filing taxes.

- **Address:** 2 Metro Tech Center, 1st Floor, Brooklyn, NY 11201
- **Phone Number:** (800) 829-4933 or (718) 834-6559    **Website:** www.irs.gov

**Does my business need a Sales Tax ID and where I can obtain one from?**
A Sales Tax ID is required for all businesses that will be making sales in New York State that are subject to sales tax. You may be required to collect the sales tax from the person to whom you make the sale.

- **NYS Department of Taxation & Finance**
- **Phone number:** (518) 485-2889    **Website:** www.tax.ny.gov

**What licenses do I need to run my business and where to get them?**
Client may need State and City licenses to run certain types of businesses. You must check with **BOTH** State and City.

| For New York State licenses – Call NYS License Center at (518) 453-8130 or go to the website www.licensecenter.ny.gov | For New York City licenses – Visit the **Business Express** website use the *wizard* or the *search engine:* www.nyc.gov/businessexpress |
|---|---|

**Where do I get a free copy of my Credit Report?**

Go to: www.annualcreditreport.com or call 877-322-8228 (NYS Banking Dept)
This central site allows you to request a free credit report, once every 12 months from each of the nationwide consumer credit reporting companies: Equifax, Experian and TransUnion. Although the reports are free, you will have to purchase your Fico score (price around $8) it takes no more than half hour to obtain the report.

NYC Business Solutions
9 Bond Street, 5th floor, Brooklyn
New York, 11201

347 296 8021
www.nyc.gov/nycbusiness



**COUNTY CLERK**
**COUNTY OF KINGS**
SUPREME COURT BUILDING
360 ADAMS STREET
BROOKLYN, N.Y. 11201
(718) 643-8012

Kings County Clerk's Office
Paym 3365494 12/12/2016 12:41p
Cashier Id 2388 Register # 1

Tr.3969396 $10.00x2        $20.00
Certified Copy $10
2 Certified Copies of Business Certificate
WATCH P.I for watch p.i new bc

Tr.3969395 $0.25x4          $1.00
Image Copy (Certs)
4 pages of Business Certificate WATCH P.I
or watch p.i new bc

Tr.3969394                 $100.00
Business Certificate
Business Certificate WATCH P.I for watch
i new bc

Total:                     $121.00

Cash                       $125.00
Change:                      $4.00

Pickup Location: Window 6

*26 Court St*

1 — DISCONTINUANCE CERTIFICATE — INDIVIDUAL    T341

2 — DISCONTINUANCE CERTIFICATE — PARTNERSHIP   T176

3 — TWO (2) COPIES PRINTED ON BOTH SIDES AND SIGNED BY A NOTARY PUBLIC, REMIT ORIGINAL ONLY.

4 — NOTARY MUST SIGN AND STAMP AT BOTTOM OF ACKNOWLEDGMENT ONLY

5 — NO FEE FOR FILING.

6 — COUNTER #6 DOCKET DEPARTMENT ROOM 189.

7 — FILING HOURS FROM 9:00 A.M. to 4:00 P.M.

8 — APPLYING BY MAIL — SEND CERTIFICATE TO ABOVE ADDRESS. ENCLOSE LEGAL SIZED STAMPED, SELF-ADDRESSED ENVELOPE.

**LAW DESK**

*Sharda Supplies Inc.*

